FILED 04 AUG '26 15:21 USDC-ORP

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:26-cr- 00276-AB |
| v. | **INDICTMENT** |
| | 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) |
| **RENAN LOPEZ-CALIX,** | **Forfeiture Allegation** |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(vi))**

On or about July 14, 2026, in the District of Oregon, defendant **RENAN LOPEZ-CALIX** did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance. The Grand Jury further charges that this violation involved 400 grams or more of a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).

**FORFEITURE ALLEGATION**

Upon conviction of the offense set forth in Count One of this indictment, defendant **RENAN LOPEZ-CALIX** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any

**Indictment**

and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged the offense set forth in Count One of this Indictment.

Dated: August __4th__, 2026

A TRUE BILL.



OFFICIATING FOREPERSON

Presented by:
SCOTT E. BRADFORD
United States Attorney

CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney

**Indictment**

**Page 2**